IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | |
| MAMADOU BILLO BARRY | : | NO. 17-180 |

ORDER

AND NOW, this 26th day of June, 2017, following a telephone conference with counsel, it is hereby ORDERED that the motion of the Government to dismiss the indictment without prejudice (Doc. # 33) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                   J.